# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**V.**                                     **1:14-CR-00179—AT-JKL**

**BRENDAN PERSON**

### DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

**COMES NOW** Defendant, by and through undersigned counsel, who files this motion pursuant to the Fourth Amendment to the US Constitution, for an Order suppressing any evidence improperly obtained or seized  by law enforcement officials.  In support of this motion, Defendant shows as follows.

Defendant is accused of being part of an international firearms trafficking scheme which generated extensive law enforcement investigation.  The government investigation entailed searches and/or seizures of mail parcels, telephone and computer equipment and records, residential properties, and other property interests of Defendant.  However, the subject searches, whether conducted through a warrant or otherwise, were lacking in probable cause.  As such, any evidence derived from such searches, including any derivative evidence,

must be excluded from evidence.   <u>Mapp v. Ohio,</u> 367 U.S. 643 (1961); <u>Wong Sun v. United States,</u>  371 U.S. 471 (1963).

Through this motion, Defendant at this point makes no admissions whatsoever as to his ownership of any particular property interest allegedly part of the overall scheme, but reserves the right to challenge any infringement of his personal fourth amendment rights as case investigation proceeds.   Toward this end, he further reserves the right to supplement or further particularize this motion as appropriate.

WHEREFORE, Defendant requests that the Court hold inquiry and thereafter suppress any evidence wrongfully obtained, and confer all such other relief that is just and proper.

Respectfully submitted, this 16th day of August 2016.

<u>s/ Mark Jeffrey</u><br>
MARK JEFFREY<br>
GA Bar No. 390048<br>
Attorney for Defendant

2470 Windy Hill Road, Suite 300
Marietta GA  30067
770- 933-5377-P
770-956-2919-F

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing with proposed order with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

> Ms. Tracia M. King
> Office of the US Attorney
> 600 Richard Russell Federal Building
> 75 Ted Turner Drive
> Atlanta, GA  30303

This 16th day of August 2016.

> /s/ Mark Jeffrey
> MARK JEFFREY
> GA Bar No. 390048
> Attorney for Defendant

2470 Windy Hill Road
Suite 300
Marietta GA  30067
770- 933-5377-P
770-956-2919-F