**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
<u>**ATLANTA DIVISION**</u>

**UNITED STATES OF AMERICA**

**V.**                                          **1:14-CR-00179—AT-JKL**

**BRENDAN SHERROD PERSON**

<u>**DEFENDANT'S MOTION FOR BILL OF PARTICULARS**</u>

**COMES NOW** Defendant, by and through undersigned counsel, who respectfully moves the Court to direct the government to provide a bill of particulars as to the following:

<u>**Counts 1-6, 9, 12-14**</u>

Specify the specific firearm supposedly discovered and the origin common carrier location/station from where such firearm was allegedly shipped, with respect to each and every listed count.

<u>**Counts 1, 6, 9, 12-14**</u>

Identify all known co-conspirators who the Government contends aided and abetted Defendant in the alleged crimes, and the manner and means in which they are alleged to have done so.

**Counts 12 and 13**

These counts are multiplicitous and Defendant requests that the government specify how they differ, with full particulars provided as to the alleged origin shipping points, the exact destinations within France, and the specific weapons supposedly shipped.

Respectfully submitted, this 19th day of August 2016.

/s/Mark R. Jeffrey
MARK R. JEFFREY
GA Bar No. 390048
Attorney for Defendant

2470 Windy Hill Road
Suite 300
Marietta GA  30067
770- 933-5377-P
770-956-2919-F

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing Defendant's Motion for Bill of Particulars, through electronic filing via the CMECF system to the following counsel of record:

> Ms. Tracia King
> Office of the U.S. Attorney
> 600 Richard Russell Federal Building
> 75 Ted Turner Drive
> Atlanta, GA  30303

This 19th day of August 2016.

> */s/ Mark R. Jeffrey*
> MARK R. JEFFREY
> GA Bar No. 390048
> Attorney for Defendant

2470 Windy Hill Road
Suite 300
Marietta GA  30067
770- 933-5377-P
770-956-2916-F