IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:14-cr-0179-AT-2 |
| BRENDAN SHERROD PERSON, : | |
| Defendant. : | |

## ORDER TERMINATING SUPERVISED RELEASE

This matter is before this Court on defendant Person's motion to terminate supervised release [Doc. 145]. Defendant was released from incarceration and began his term of supervised release on April 24, 2018. Defendant's Probation Officer Michael Murphy has advised the Court that defendant has committed no violations of the terms of his supervision since that time.

After consideration of the argument submitted, it is **ORDERED** that defendant's motion to terminate supervised release is **GRANTED** and defendant Person's term of supervised release is hereby **TERMINATED** effective June 1, 2019.

It is **ORDERED** that the Clerk serve a copy of this order terminating supervised release upon Defendant, the Probation Officer of the Court, the United States Attorney, and the United States Marshal.

It is so **ORDERED** this 23rd day of May, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**